**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/18/15
```

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

                                        *Plaintiffs,*

          - against -

SUN DÉCOR FABRICS and GLORIA
NEUMANN,

                                        *Defendants.*

Civil Action No. 15-cv-3219 (SHS)

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for Plaintiffs and Defendants Sun Décor Fabrics and Gloria Neumann (the

"Defendants") that:

(1)    Defendants' time to serve an Answer or respond to the Complaint in the above-

        entitled action is extended up to and including June 15, 2015.

(2)    Defendants hereby submit to the jurisdiction of the United States District Court

        for the Southern District of New York and waive any defenses or objections based

        upon lack of personal jurisdiction.

(3)    This Stipulation may be signed in counterparts and a facsimile copy shall be

**[CONTINUED ON NEXT PAGE]**

sufficient for all purposes.

Dated: May 14, 2015
New York, New York

**TANNENBAUM HELPERN**
**SYRACUSE**
**& HIRSCHTRITT LLP**

**PANTANO, GUPTA & POLYAKOV**
**LLC**

_____

L. Donald Prutzman
*Attorneys for Plaintiffs*
900 Third Avenue,
New York, NY 10022
212-508-6700

Vyachslav Polyakov, Esq.
*Attorneys for Defendants*
112 Madison Avenue, 6th Floor
New York, NY 10016
646-612-7847

Dated: New York, New York

_____, 2015

SO ORDERED.


_____
HON. SYDNEY H. STEIN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

                 *Plaintiffs,*

- against -

SUN DÉCOR FABRICS and GLORIA
NEUMANN,

                 *Defendants.*

Civil Action No: 15-cv-3219 (SHS)

**STIPULATION AND ORDER**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for Plaintiffs and Defendants Sun Décor Fabrics and Gloria Neumann (the

"Defendants") that:

(1)    Defendants' time to serve an Answer or respond to the Complaint in the above-

entitled action is extended up to and including June 15, 2015.

(2)    Defendants hereby submit to the jurisdiction of the United States District Court

for the Southern District of New York and waive any defenses or objections based

upon lack of personal jurisdiction.

(3)    This Stipulation may be signed in counterparts and a facsimile copy shall be

**[CONTINUED ON NEXT PAGE]**

sufficient for all purposes.

Dated: May 14, 2015
New York, New York

**TANNENBAUM HELPERN**
**SYRACUSE**
**& HIRSCHTRITT LLP**

L. Donald Prutzman
*Attorneys for Plaintiffs*
900 Third Avenue,
New York, NY 10022
212-508-6700

Dated: New York, New York

May 14 , 2015

**PANTANO, GUPTA & POLYAKOV**
**LLC**

Vyachslav Polyakov, Esq.
*Attorneys for Defendants*
112 Madison Avenue, 6th Floor
New York, NY 10016
646-612-7847

May 15, 2015

SO ORDERED.

HON. SYDNEY H. STEIN
United States District Judge