```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6|16|15
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

Civil Action No: 15-cv-3219 (SHS)

*Plaintiffs,*

- against -

**STIPULATION AND ORDER**

SUN DÉCOR FABRICS and GLORIA
NEUMANN,

*Defendants.*

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for Plaintiffs and Defendants Sun Décor Fabrics and Gloria Neumann (the

"Defendants") that:

    (1)    Defendants' time to serve an Answer or respond to the Complaint in the above-

           entitled action is extended up to and including June 22, 2015.

    (2)    Defendants hereby submit to the jurisdiction of the United States District Court

           for the Southern District of New York and waive any defenses or objections based

           upon lack of personal jurisdiction.

    (3)    This Stipulation may be signed in counterparts and a facsimile copy shall be

**[CONTINUED ON NEXT PAGE]**

sufficient for all purposes.

Dated: June 15, 2015
New York, New York

**TANNENBAUM HELPERN
SYRACUSE
& HIRSCHTRITT LLP**

_____
L. Donald Prutzman
*Attorneys for Plaintiffs*
900 Third Avenue,
New York, NY 10022
212-508-6700

Dated: New York, New York

June 15, 2015

**PANTANO, GUPTA & POLYAKOV
LLC**

_____
Vyachslav Polyakov, Esq.
*Attorneys for Defendants*
112 Madison Avenue, 6th Floor
New York, NY 10016
646-612-7847

SO ORDERED. 6/16/15

_____
HON. SIDNEY H. STEIN
United States District Judge