TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**L. Donald Prutzman**
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

June 22, 2015

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Silent Gliss International AG v. Sun DecorFabrics*, 15 Civ 2319 (SHS)

Dear Judge Stein:

I represent the Plaintiffs in the above-captioned action, in which an initial pretrial conference is scheduled for Thursday, June 25 at 10am. I write, with consent of my adversary Vyacheslav Polyakov of Pantano, Gupta and Polyakov LLP, to request an adjournment of the initial pretrial conference to a date in the latter half of July or thereafter. I am pleased to report that the parties are very close to an agreement in principle to resolve the dispute and I am hopeful that a settlement will be finalized before the proposed adjourned date for the initial pretrial conference. No previous request to adjourn the pretrial conference has been made or granted.

Respectfully submitted,

L. Donald Prutzman

cc: Vyacheslav Polyakov, Esq. (via Email)

[1015701-1]