USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/15

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

*Plaintiffs*,

- against -

SUN DÉCOR FABRICS and GLORIA NEUMANN,

*Defendants*.

Civil Action No: 15-cv-3219 (SHS)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs and Defendants Sun Décor Fabrics and Gloria Neumann (the "Defendants") that:

(1)  Defendants' time to serve an Answer or respond to the Complaint in the above-entitled action is extended up to and including July 17, 2015.

(2)  Defendants hereby submit to the jurisdiction of the United States District Court for the Southern District of New York and waive any defenses or objections based upon lack of personal jurisdiction.

(3)  This Stipulation may be signed in counterparts and a facsimile copy shall be

[CONTINUED ON NEXT PAGE]

sufficient for all purposes.

Dated: June 22, 2015
New York, New York

| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | PANTANO, GUPTA & POLYAKOV LLC |
|---|---|
| *(signature)* | *(signature)* |
| L. Donald Prutzman | Vyachslav Polyakov, Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 900 Third Avenue, | 112 Madison Avenue, 6th Floor |
| New York, NY 10022 | New York, NY 10016 |
| 212-508-6700 | 646-612-7847 |

Dated: New York, New York

June 22, 2015

No further adjournments
SO ORDERED. 6/22/15

*(signature)*

HON. SIDNEY H. STEIN
United States District Judge