# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/15

L. Donald Prutzman
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

June 22, 2015

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Silent Gliss International AG v. Sun DecorFabrics*, 15 Civ 2319 (SHS)

Dear Judge Stein:

I represent the Plaintiffs in the above-captioned action, in which an initial pretrial conference is scheduled for Thursday, June 25 at 10am. I write, with consent of my adversary Vyacheslav Polyakov of Pantano, Gupta and Polyakov LLP, to request an adjournment of the initial pretrial conference to a date in the latter half of July or thereafter. I am pleased to report that the parties are very close to an agreement in principle to resolve the dispute and I am hopeful that a settlement will be finalized before the proposed adjourned date for the initial pretrial conference. No previous request to adjourn the pretrial conference has been made or granted.

Respectfully submitted,

L. Donald Prutzman

*The conference is adjourned to July 17 at 2:30pm. No further adjournments.*

SO ORDERED 6/22/15

SIDNEY H. STEIN
U.S.D.J.

cc: Vyacheslav Polyakov, Esq. (via Email)

[1015701-1]