```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILENT GLISS INTERNATIONAL AG &
SILENT GLISS INC.,

                        Plaintiffs,

      -against-

SUN DÉCOR FABRICS and GLORIA
NEUMANN,

                        Defendants.

15-Cv-3219 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A telephone conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

(1) The parties shall submit a stipulation of discontinuance on or before August 14, 2015 if this action is resolved consensually;

(2) The last day for defendants to answer the complaint is August 28, 2015;

(3) There will be status conference on September 10, 2015 at 2:30pm; and

(4) The last day for completion of fact and expert discovery is November 20, 2015.

Dated: New York, New York
         July 30, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.