USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/15

Stein, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

                Plaintiffs,

- against -

SUN DECOR FABRICS and GLORIA NEUMANN,

                Defendants.
---------------------------------------------------------------X

15 Civ. 3219 (SHS)

STIPULATION
AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. A Consent Permanent Injunction in the form annexed hereto may be entered by the Court forthwith;

2. Upon entry of said Injunction the action is hereby dismissed with prejudice and without costs, fees, legal fees and/or disbursements to any party, and

3. The Court shall retain jurisdiction to enforce the provisions of the settlement agreement herein.

Dated: New York, New York
August 10, 2015

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By _____
L. Donald Prutzman
900 Third Avenue
New York, New York 100022
(212) 508-6739
  Attorneys for plaintiffs

PANTANO GUPTA
& POLYAKOV, LLC

By _____
Vyacheslav Polyakov
112 Madison Avenue, 6th Floor
New York, New York 10016
(646) 612-7847
  Attorneys for defendants

SO ORDERED 8/17/15

_____
SIDNEY H. STEIN
U.S.D.J.