UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SILENT GLISS INTERNATIONAL AG and
SILENT GLISS INC.,

          Plaintiffs,

- against -

SUN DECOR FABRICS and GLORIA NEUMANN,

          Defendants.

----------------------------------------------------------------x

15 Civ. 3219 (SHS)

**CONSENT PERMANENT INJUNCTION**

Sidney H. Stein, District Judge:

In accordance with the Settlement Agreement among the parties, which the Court has reviewed, and the parties having consented thereto to the entry of this Permanent Injunction, it is hereby

**ORDERED, ADJUDGED and DECREED**, that defendants Gloria Neuman and Sun Decor Fabrics, together with their officers, directors, agents, servants, employees, and all those acting or attempting to act in concert or participation with either of them, are hereby permanently **ENJOINED AND RESTRAINED** from:

(a) In any way, directly or indirectly, holding out Sun Decor Fabrics or any other business operated by Gloria Neumann to the public as an Authorized Dealer or exclusive Authorized Dealer of any products or services marketed under the trademark SILENT GLISS, or sold or manufactured by Silent Gliss International AG or any subsidiary or affiliate thereof;

(b) Displaying any trademark owned by Silent Gliss International AG, including, without limitation, the Silent Gliss Cat Logo shown below

[1015467-7]

any colorable imitation thereof, or any mark confusingly similar thereto; or

(c) Stating, suggesting or implying in any manner (a) that Sun Decor Fabrics or any other business operated by Gloria Neuman is an Authorized Dealer of Silent Gliss products, (b) that Silent Gliss products are not sold in the United States, or (c) otherwise misrepresenting to the public an association or affiliation with Silent Gliss International AG.

Dated: New York, New York
Aug. 17, 2015

SO ORDERED

Sidney H. Stein, U.S.D.J.

Entry of the foregoing Injunction and Order is hereby consented to:

PANTANO GUPTA & POLYAKOV, LLC

By: _____
Vyacheslav Polyakov
112 Madison Avenue, 5th Floor
New York, New York 10016
(646) 612-7847
Attorneys for Defendants

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

By: _____
L. Donald Prutzman
900 Third Avenue
New York, New York 10022
(212) 508-6700
Attorneys for Plaintiff

[1015467-7]